1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CUEVAS,<br><br>                Plaintiff,<br><br>   v.<br><br>COLOR BOX, LLC, a Georgia<br>Pacific Company,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:13-cv-532 LJO GSA<br><br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Document 3) |

     Plaintiff, Jose Cuevas ("Plaintiff"), filed the instant complaint on April 14, 2013. (Doc. 1). Plaintiff also submitted an application to proceed in forma pauperis on that same day. (Doc. 3). A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.


    IT IS SO ORDERED.

**Dated:**   __April 17, 2013__        __/s/ **Gary S. Austin**__
                                  UNITED STATES MAGISTRATE JUDGE