IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CUEVAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COLOR BOX LLC,<br><br>    Defendant. | CASE NO. CV F 13-0532 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 8.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action in its entirety;
2. VACATES all pending matters and dates, including the July 18, 2013 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 17, 2013**         /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE